

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2021

No. 04-21-00090-CV

**IN RE WELDER XP, LTD** and Raymond J. Welder, III, Relators

Original Proceeding[1]

**ORDER**

Relators' petition for writ of mandamus is DENIED WITHOUT PREJUDICE. Our March 18, 2021 stay is hereby lifted.

It is so **ORDERED** on May 19, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 20-07-60516-CV, styled *DS Oilfield Construction, LLC v. Welder XP Ltd.*, pending in the County Court, Jim Wells County, Texas, the Honorable Michael Ventura Garcia presiding.